**SEND**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.    **CV 07-8371-JFW (JTLx)**                          Date: June 30, 2008

Title:      Marshall Sylver -v- Titan Digital Media Ventures, LLC, et al.

**PRESENT:**
### HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**              **ATTORNEYS PRESENT FOR DEFENDANTS:**
                 None                                                      None

**PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE RE: SANCTIONS FOR
                                 FAILURE TO APPEAR AT SCHEDULING
                                 CONFERENCE**

        Plaintiff's counsel, Greg Hafif, is ordered to show cause, in writing, no later than **July 7, 2008**, why sanctions in the amount of $500 should not be imposed against him for failure to appear at the Scheduling Conference on June 30, 2008.

        In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument will be heard unless otherwise ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.

        IT IS SO ORDERED.

        The Clerk shall serve a copy of this Minute Order on all parties to this action.

Initials of Deputy Clerk   sr